ROBERT W. HATCH, II
HATCH HALSTEAD, LLC
730 17th ST., STE. 200
DENVER, CO. 80202
TELEPHONE: (303) 298-1800
FAX: (303) 298-1804

ATTORNEY FOR WESTERN CAPITAL
PARTNERS, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-60452 |
| EDRA D. BLIXSETH. ) | |
| ) | |
| Debtor. ) | |
| ) | |
| RICHARD J. SAMSON, as trustee for the ) | Adversary No. 10-00094 |
| Chapter 7 estate of Edra D. Blixseth, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WESTERN CAPITAL PARTNERS LLC ) | |
| Defendant. ) | |

Western Capital Partners LLC ("WCP") hereby submits this List of Exhibits in contemplation of all matters set for the November 8th, 2011 hearing before this Court in the above-captioned bankruptcy proceeding

| Exhibit #. | DOCUMENT |
|---|---|
| A. | April 14, 2010 Email from CJ Conant to Dave Cotner |
| B. | May 14, 2010 Letter from CJ Conant to Dave Cotner |
| C. | August 23, 2010 Email from Robert Hatch to Bradley Duncan |

| | |
|---|---|
| D. | Responses and Objections to Requests for Admission, Interrogatories, and Requests for Production served by Western Capital Partners LLC on February 8, 2011 |

WCP further identifies all exhibits identified by all other parties and all other documents as may be necessary for rebuttal, impeachment of witnesses or documents or necessary to establish foundation.

Grounds for Objection

| | |
|---|---|
| 1. No objection: Admissibility stipulated | 5. Inadmissible opinion |
| 2. Irrelevant | 6. Insufficient foundation (relevancy, personal knowledge authenticity) |
| 3. Hearsay | 7. Unduly time consuming, prejudicial, confusing or misleading |
| 4. Best evidence | 8. Other (specify) |

DATED this 4th day of November, 2011.

**HATCH HALSTEAD LLC**

By: /s/ Joseph J. Novak
Joseph J. Novak, Esquire
730 17th Street, Suite 200
Denver, CO 80202
(303) 298-1800
(303) 298-1804 (Facsimile)
rhatch@hatchlawyers.com
Attorney for Western Capital Partners LLC

2

3

**CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that on the 4th day of November, 2011, a true and correct copy of the foregoing document was duly served via CM/ECF to the following:

All persons on the ECF service list for this case

                              */s/ Renae L. Friedrichs*